# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TYRONE & IN-CHING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>      Appellant,<br><br>    vs.<br><br>BAYVIEW LOAN SERVICING, LLC, A FOREIGN LIMITED LIABILITY COMPANY,<br><br>      Respondent. | No. 81687<br><br>**FILED**<br><br>APR 13 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>  DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

    Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.  The parties shall bear their own costs and attorney fees.  NRAP 42(b).

    It is so ORDERED.

             CLERK OF THE SUPREME COURT
             ELIZABETH A. BROWN

             BY: _____

cc: Hon. Jerry A. Wiese, District Judge
   Hong & Hong
   Wright, Finlay & Zak, LLP/Las Vegas
   Eighth District Court Clerk

21-10655